AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DIRECTV, Inc.

V.

Michael Misiolek

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 - 12328 JLT

TO: (Name and address of Defendant)

Michael Misiolek
17 Hilltop Road
Dartmouth, MA 02747

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 20 2003

DATE

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631
Bristol, ss.

February 10, 2004

I hereby certify and return that on 2/9/2004 at 03:41 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Corporate Disclosure, Case Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Michael Misiolek, 17 Hilltop Road Dartmouth, MA and by mailing first class mail to the above-mentioned address on 2/9/2004. Copies ($4.00), Conveyance ($0.75), Travel ($23.00), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.00

Deputy Sheriff Paul M Douglas                                                         Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date                   Signature of Server

                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.