**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

CASE NO. 03-12328-JLT

| | |
|---|---|
| **DIRECTV, INC.** | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| **MICHAEL MISIOLEK** | ) |
| Defendant | ) |

## ENTRY OF APPEARANCE

Now comes Stafford Sheehan, Esquire who has been admitted to practice before, and is in good standing with, the United States District Court of Massachusetts and who hereby enters his appearance in the above-captioned matter in behalf of the Defendant, ,ICHAEL MISIOLEK of Dartmouth, Massachusetts this 26th day of February 2004.

By Defendant's Attorney,

_____
Stafford Sheehan, Esquire
1508 Pleasant Street
Fall River, MA 02723-1913
(508) 678-1901
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com
BBO #457000