UNITED STATES DISTRICT COURT

District of Massachusetts (Eastern Division)

| | |
|---|---|
| **DIRECTV, INC.** ) | Case No.: **03cv12328 JLT** |
| ) | |
| Plaintiff, ) | **JOINT STATEMENT OF THE PARTIES** |
| ) | **PURSUANT TO LOCAL RULE 16.1(D)** |
| vs. ) | |
| ) | |
| **Michael Misiolek** ) | |
| ) | |
| Defendant ) | |
| ) | |

Now come the Plaintiff, DIRECTV, and the Defendant, Michael Misiolek and pursuant to Local Rule 16.1(D), do hereby submit the following Joint Statement to this Honorable Court.

### I.   PARTIES' CONFERENCE

John M. McLaughlin, Counsel for the Plaintiff and Stafford Sheehan, counsel for the Defendant, do hereby certify that they have teleconferenced, on the issues required be discussed pursuant to this rule on June 7, 2004.

### II.   SETTLEMENT PROPOSAL

Counsel for the Defendant, does hereby certify that he received a Settlement Proposal from the Plaintiff. Joint Statement, pursuant to Local rule 16.1(C). Counsel for the Plaintiff does hereby certify that he presented said Settlement Proposal to the Defendant. At this time, the Defendant is not in a position to accept the Plaintiff's demand for settlement of the above matter.

### III.   MEDIATION

Plaintiff is amenable submit this dispute to non-binding mediation before the Senior Judge or Magistrate pursuant to Local Rule 16.4(c)(4). Defendant is not willing to mediate this

matter at this point but maybe willing to revisit this issue after discovery is done.

## IV.   JOINT STATEMENT AS TO DISCOVERY/MOTIONS

The following represents the Agreement of the Parties and is submitted to the Court such that the Court can utilize same in devising the Scheduling Order.

1. Written discovery shall be completed by September 15, 2004.

2. The depositions of expert and non-expert witnesses shall be completed by October 29, 2004 and shall not exceed five (5) hours per witness unless leave of the Court has been obtained or a written stipulation of the parties has been entered into to exceed said five (5) hour limitation. The parties may also utilize subpoena duces tecum in conjunction with these non-expert depositions.

3. The Parties propose that the written discovery shall include, but not limited to, interrogatories, requests for production, and requests for admissions. Pursuant to Fed. R. Civ. P. 33, interrogatories shall be limited to 25 in number, including sub-parts. Pursuant to Fed. R. Civ. P. 34, each person shall have the opportunity to submit two sets of requests for production of documents and things to the other party.

4. The Plaintiff shall disclose to the Defendant all experts relied upon by the Plaintiff Defendant no later than September 1, 2004.

5. The Defendant shall disclose to the Plaintiff all experts relied upon by the Defendant no later than September 15, 2004.

6. Motions, including motions filed pursuant to Fed. R. Civ. P. 56 shall be filed no later than November 15, 2004.

7. On or about February 28, 2005 court will hold a hearing on any pending motions not already determined and/or on the status of the case

## V.   CERTIFICATION

Counsel for the Plaintiff counsel for the Defendant and the Parties certify by their signatures below and all pursuant to Local Rue 16.1(D) that each Party and said Parties Counsel have conferred as to:

1. Establishing a budget for the cost of conducting the full course and various alternative courses of litigation; and,

2. To consider the resolution of litigation to the use of alternative dispute resolution programs.

### VI.   CONSENT TO APPEAR BEFORE A MAGISTRATE

The Plaintiff is amenable to Trial before a Magistrate the Defendant is not

Respectfully Submitted for the Plaintiff,
By Its Attorney,

_____
John M. McLaughlin
**McLaughlin Sacks, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

6/7/04
Date

_____
John Green, for Plaintiff
Senior Staff Counsel

Respectfully Submitted for the Defendant By His Attorney,

*[signature]*

Stafford Sheehan
1508 Pleasant Street
North Dartmouth, MA 02747
508-678-1901

The Defendant,

_____

Michael Misiolek
17 Hilltop Road
North Dartmouth, MA 02747