UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 03-12328-JLT |
| | * | |
| MICHAEL MISIOLEK, | * | |
| | * | |
| Defendant. | * | |
| | * | |

<u>ORDER</u>

June 8, 2004

TAURO, J.

After the conference on June 8, 2004, this court hereby orders that:

1. The <u>Joint Statement of the Parties Pursuant to Local Rule 16.1(D)</u> [#8] is ADOPTED IN FULL; and

2. A Further Conference will be held on November 10, 2004 at 12:00 p.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge