UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

CASE NO. 03-12328-JLT

| | |
|---|---|
| **DIRECTV, INC.** | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| **MICHAEL MISIOLEK** | ) |
| Defendant | ) |

## WITHDRAWAL OF APPEARANCE

Now comes Stafford Sheehan, Esquire who hereby withdraws his appearance in the above-captioned matter in behalf of the Defendant, MICHAEL MISIOLEK of Dartmouth, Massachusetts. It is noted that successor counsel is entering his appearance in the Defendant's behalf.

/s/Stafford Sheehan
1508 Pleasant Street
Fall River, MA  02723-1913
(508) 678-1901
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com