**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03-12328-JLT** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S ASSENTED-TO MOTION** |
| vs. ) | **TO EXTEND TIME** |
| ) | |
| **Michael Misiolek** ) | |
| ) | |
| Defendant ) | |

**NOW COMES** Plaintiff, DIRECTV, Inc., in the above-captioned case and, with the full assent of the Defendant through his new Counsel, respectfully moves this Court for an order:

1. Extending the time for the Plaintiff to do its depositions until December 30, 2004;

2. Granting the Defendant additional time, till December 30, 2004, to do additional discovery still within the parameters of this Court's original order.

3. Granting the Plaintiff until February 9, 2005 to amend any disclosures, discovery responses and/or to pursue any discovery matters pertaining to the Defendant's discovery response;

4. Rescheduling the status conference presently scheduled for November 10, 2004 until a date in mid February at the convenience of the court;

5. Extend the date of filing any motions pursuant to Fed. R. Civ. P, 56 to February 25, 2005;     and

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's Counsel certifies that he has contacted the Defendant's new Counsel, who fully assents to this motion.

Page 1

    6.   Schedule a hearing in mid May, 2005 for any pending motions to be determined and/or on the status of the case.

As grounds, the Plaintiff, with the assent of the Defendant, states:

1. The Plaintiff has been diligently pursuing discovery in this matter to date, but prior Counsel for the Defendant had repeatedly refused to attend a deposition for this Defendant, including a timely-noticed deposition, because prior Counsel stated that the Defendant was in the process of obtaining new Counsel;
2. Just this day, New Counsel has appeared for the Defendant;
3. The Plaintiff will now need to depose the Defendant with his new Counsel and the Plaintiff will need some time after the deposition to possibly modify disclosures or pursue other discovery matters.
4. The Defendant, through his new Counsel, assents to this motion.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney

11/9/04                            /s/ John M. McLaughlin
Date                                 John M. McLaughlin (BBO: 556328)
**GREEN, MILES, LIPTON & FITZ-GIBBON**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 9th day of November 2004, a copy of the foregoing Assented-To Plaintiff's Motion to Extend Time was mailed via electronic notice to:

Attorney Kenneth D. Quat
ken@quatlaw.com

                                          /s/ John M. McLaughlin
                                          John M. McLaughlin