```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

DIRECTV, INC.,
    Plaintiff,

   V                      CA 03-12328-JLT

MICHAEL MISIOLEK,
    Defendant.


## SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

   The court having been advised on February 10, 2005 by counsel for the parties that the above action has been settled: IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>60</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                              Zita Lovett
                                                /s/
                                          _____
                                              Deputy Clerk

February 17, 2005